■ RAYMOND RIBAUDO, Appellant, v. WILLIAMS THEATRICAL HAULAGE, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ GABRIEL LICHTENSTEIN et al., Copartners Doing Business under the Name of MANOR REALTY CO., Respondents, v. EMIL LEVITT et al., Individually and as Copartners Doing Business under the Name of ROSAN MANAGEMENT COMPANY, Appellants and Third-Party Plaintiffs. PELMAD CORPORATION et al., Third-Party Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. In doing so we make no determination of the true measure of damages, or the various elements that may be included under a proper measure, which here is arguable. That should be reserved for a full record upon the trial. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of the Application of VIRGINIA W. LUCOM, for the Removal of JOSE DE LANDA, as Trustee under a Trust Made by ISABEL VAN WIE WILLYS, Deceased. JOSE DE LANDA, as Trustee, Appellant; VIRGINIA W. LUCOM et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of the Estate of " JOHN " LOGAN, Deceased. OTIS LOGAN, Appellant; CLERK OF SURROGATE'S COURT, NEW YORK COUNTY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Bergan, JJ. [See ante, p. 842.]

■ LOU STILLMAN, Appellant-Respondent, v. PARAMOUNT PICTURES CORPORATION et al., Respondents-Appellants, et al., Defendants.— Motion for reargument granted and, upon reargument, the decision of this court filed October 9, 1956, is recalled, and the motion of September 25, 1956, insofar as it seeks leave to appeal to the Court of Appeals, is dismissed as academic, and otherwise denied. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, pp. 18, 841.]

■ SOLOMON KIRKWOOD, as Administrator of the Estate of HENRY D. KIRKWOOD, Deceased, Appellant, v. ALBERT DALLAS, Defendant, and GEORGE CHEATHAM, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Valente and Bergan, JJ. [See ante, p. 840.]

■ In the Matter of the Accounting of GEORGE L. ARMOUR, as Trustee of a Trust Made by BERNARD R. ARMOUR, Respondent. VINCENT N. DONATONE, as Guardian ad Litem of TOBEY ARMOUR, an Infant, Respondent; MARTHA S. GORDON, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs to the guardian ad litem respondent. Concur — Breitel, J. P., Botein, Rabin, Valente and Bergan, JJ. [See ante, p. 840.]

■ NEW ENGLAND INDUSTRIES, INC., v. YOUSSEFIAN & CIE., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ. [See ante, p. 847.]

■ ANNA EAGON v. UNION LABOR LIFE INSURANCE COMPANY et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Frank and Valente, JJ. [See ante, p. 843.]